| | | |
|---|---|---|
| AOC-105   Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. **15-CI-1160**<br>Court ✓ Circuit ☐ District<br>County Hardin   **Div. II** |

**PLAINTIFF**

SHEILA MEYERS, ADMINISTRATRIX OF THE ESTATE OF DAVID CLARK, Deceased

VS.

**DEFENDANT**

ELIZABETHTOWN HEALTH FACILITIES, L.P. d/b/a ELIZABETHTOWN NURSING AND REHAB
1101 WOODLAND DRIVE

ELIZABETHTOWN            Kentucky            42701

**Service of Process Agent for Defendant:**
NATIONAL REGISTERED AGENTS, INC.
306 WEST MAIN STREET
SUITE 512
FRANKFORT            Kentucky            40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: July 31, 2015

LORETTA CRADY, CLERK _____ Clerk
By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____
_____ Title

NO. 15-CI-1160

FILED
HARDIN CIRCUIT COURT
DIVISION II
JUDGE Howard

SHEILA MEYERS, ADMINISTRATRIX OF
THE ESTATE OF DAVID CLARK, Deceased     PLAINTIFF

v.

ELIZABETHTOWN HEALTH FACILITIES,     DEFENDANT
L.P. d/b/a ELIZABETHTOWN NURSING
AND REHABILITATION CENTER
   Serve: National Registered Agents, Inc.
       306 W. Main Street, Suite 512
       Frankfort, KY 40601

## COMPLAINT

\* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Sheila Meyers, Administratrix of the Estate of David Clark, Deceased, by and through counsel, and for this cause of action against Defendant states as follows:

I.

At all times material hereto Sheila Myers was a resident of Vine Grove, Hardin County, Kentucky.

II.

At all times material hereto, Defendant, Elizabethtown Health Facilities, L.P., is a foreign limited partnership active and in good standing doing business as Elizabethtown Nursing and Rehabilitation Center in Fayette County, Kentucky and operating a long-term nursing home as such; Defendant, Elizabethtown Health Facilities, L.P.'s, registered agent for service of process is National Registered Agents, Inc., 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

III.

In December 2010, David Clark, was admitted to Defendant's facility for care and treatment of his total medical needs.

IV.

Upon information and belief, while David Clark was a resident at Defendant's facility, Defendant, Elizabethtown Health Facilities, L.P. d/b/a Elizabethtown Nursing and Rehabilitation Center, by and through its agents and/or employees, (a) deviated from the accepted standard of

1

care with regard for long-term nursing care facilities and (b) the general duty common to all to behave reasonably to David Clark causing him to suffer injury including, but not limited to, injuries to his personal dignity, multiple falls, skin damage, and other problems to David Clark's medical and day to day needs.

V.

David Clark died on May 5, 2014; Sheila Meyers was appointed Administratrix of the Estate of David Clark on August 28, 2014 (Exhibit A).

VI.

As a direct and proximate result of the negligence and/or gross negligence, statutory, and regulatory violations committed by the Defendant, Elizabethtown Health Facilities, L.P. d/b/a Elizabethtown Nursing and Rehabilitation Center, by and through its agents and/or employees, David Clark incurred medical expense and suffered great pain and suffering of body and mind, and death. In addition, the negligence, gross negligence, and statutory, and regulatory violations committed by the Defendant, Elizabethtown Health Facilities, L.P. d/b/a Elizabethtown Nursing and Rehabilitation Center, by and through its agents and/or employees caused and/or contributed to David Clark's, injuries.

**WHEREFORE**, Plaintiff, Sheila Meyers, Administratrix of the Estate of David Clark, Deceased, prays for judgment against Defendant, Elizabethtown Health Facilities, L.P. d/b/a Elizabethtown Nursing and Rehabilitation Center, in an amount sufficient to establish the jurisdiction of this Court, for her costs herein expended, and any and all other relief to which Plaintiff may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

*M. Keith Poynter*
M. Keith Poynter
The Sampson Law Firm
450 South Third Street, 4th Floor
Louisville, KY 40202
Telephone: (502) 584-5050
Facsimile: (502) 584-5055
*Counsel for Plaintiff*

2

# Registrar of Vital Statistics
## Certified Copy

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND – NOT A WHITE BACKGROUND**

3924156

**KENTUCKY CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| 1a. Decedent's Legal Name | DAVID SELVESTER CLARK |
| 2. Sex | MALE |
| 3. Actual or Presumed Date of Death | May 05, 2014 |
| 6. County of Death | HARDIN |
| 8. Facility Name | HARDIN MEMORIAL HOSPITAL |
| 9. City, Town, State, Zip | ELIZABETHTOWN, KY 42701 |
| 11. Birthplace | VINE GROVE, KENTUCKY |
| 13. Surviving Spouse | MILLIE GOLDEN SALESMAN |
| 14. Usual Occupation | SELF EMPLOYED |
| 15. Kind of Business/Industry | UPHOLSTERY |
| 17a. Residence – State | KENTUCKY |
| 17b. County | HARDIN |
| 17c. City or Town | RADCLIFF |
| 17d. Street and Number | 1360 BRAMBLETT BLVD |
| 17e. Zip Code | 40160 |
| 21. Father's Name | EARL CLARK |
| 22. Mother's Name Prior to First Marriage | BIRDIE KEITH |
| 23a. Informant's Name | SHEILA CLARK |
| 23b. Relationship | DAUGHTER |
| 23c. Mailing Address | 1360 BRAMBLETT BLVD, RADCLIFF, KY 40160 |
| 25. Place of Disposition | VINE GROVE CEMETERY |
| 26. Location | VINE GROVE, KY |
| 27. Signature of Funeral Service Licensee | MICHAEL WORTHINGTON |
| 28a. Date Signed | 05/08/2014 |
| 30. Pronounced Dead (Mo/Day/Yr) | 5/5/14 |
| 31. Actual or Presumed Time of Death | 1515 |

**CAUSE OF DEATH**

- Immediate Cause (a): Dementia
- Due to (b): Aspiration Pneumonia
- Underlying Cause (c): Heart Failure

47. Date Certified: 5/12/2014

51. Registrar's Signature: Paul F. Royce
52. Date Filed: MAY 19 2014

**THIS PAPER CONTAINS A GENUINE WATERMARK WHICH CAN BE VIEWED BY TRANSMITTED LIGHT.**

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this _19th_ day of _May_, 20_14_.

Paul F. Royce
State Registrar

| AOC-056-11<br>Rev. 12-87 | | Case No. 14-P-463 |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice | | County **Hardin** |
| | **CERTIFICATE<br>OF QUALIFICATION** | Court District **Probate** |

In Re: Estate of **David Clark**

Proper petition having been filed and the Court having appointed **Sheila Meyers** as **ADMINISTRATRIX** of the above estate on the **28** day of **8**, 2014, and the fiduciary having filed in Court bond in the sum of $ **25,000**, the amount fixed, with **0** as surety, which was approved by the Court, said fiduciary was thereupon sworn as required by law and thus qualified on the above date.

The above Order and Qualification is in full force and effect this **8/28/14**.

LORETTA CRADY, CLERK

Attest: _____ Clerk

By _____ A. Mapper
Deputy Clerk

AOC-805
Rev. 10-05
Page 3 of 3

Case No. 14-P-463

IN RE: Estate of David Clark

## ORDER

[X] Petition filed this 26th day of Aug, 2014.

[ ] Will tendered this _____ day of _____, 2____.

Upon hearing, the Will offered was proven by _____

and **ORDERED PROBATED** as the Last Will and Testament of Decedent this _____ day of _____, 2____.

The Court appoints: Shena Clark _____ as

[ ] Executor/Executrix OR [X] Administrator/Administratrix of said estate and fixes bond in the sum of

$ 25,000 [ ] with surety OR [X] without surety.

Date: 5/26, 2014

_____
Judge's Signature

ENTERED: 8/28/14
ATTEST: LORETTA CRADY, CLERK
HARDIN CIR/DIST COURT
BY: A. Maples  D.C.
Copy PCIn J Sampson
Copy PCIn Revenue

Distribution:
Case File
Revenue Cabinet

STATE OF KY., COUNTY OF HARDIN
CERTIFIES IS A TRUE COPY OF
RECORD IN CASE # 14-P-00463
THIS 28 DAY OF 8, 20 14
LORETTA CRADY, CLERK
HARDIN CIR/DIST COURT
BY: A. Maples  D.C.